**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| HERBERT RANDALL WRIGHT III p/k/a G Herbo<br><br>Plaintiff,<br><br>vs.<br><br>MACHINE ENTERTAINMENT GROUP LLC and Joseph Bowden,<br><br>Defendants. | CIVIL ACTION FILE<br><br>CASE NO. 1:23-CV-04911-TCB |

**CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW DEFENDANTS Machine Entertainment Group LLC, and Joseph Bowden, and pursuant to FRCP 7.1 and Local Rule 3.3, file the following Corporate Disclosure Statement and Certificate of Interested Persons, and show this Court as follows:

1. A complete list of the parties, as near as can be determined from the plaintiff's Complaint:

**Response:**

Machine Entertainment Group LLC

Joseph Bowden

Herbert Randall Wright III p/k/a G Herbo

2. A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of the case:

**Response:**

None beyond those listed above.

3. A complete list of each person serving as an attorney in the case:

Ryan L. Isenberg
ISENBERG & HEWITT, P.C.
1200 Altmore Ave., Suite 120
Sandy Springs, Georgia 30342
Telephone: (770) 351-4400
E-Mail: ryan@ihlaw.us

Edwin F. McPherson (Pro Hac Vice)
Pierre B. Pine (Pro Hac Vice)
McPHERSON LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, California 90067
Telephone: (310) 553-8833
E-Mail: emcpherson@mcpherson-llp.com
E-Mail: ppine@mcpherson-llp.com

Marguerite E. Patrick
MARGUERITE E. PATRICK, LLC
2161 Virginia Place
Atlanta, GA 30305
Telephone: (404)401-8017
E-Mail: mebpatrick@icloud.com

Jeffrey M. Movit (Pro Hac Vice)
CHAUDHRYLAW PLLC
147 West 25th Street
12th Floor

New York, NY 10001
Telephone: (212)518-3215
E-Mail: jeff@chaudhrylaw.com

4. The citizenship of every individual or entity whose citizenship is attributed to the party or proposed intervenor on whose behalf the certificate is filed:

**Response:**

Based upon the citizenship of its membership, Machine Entertainment Group LLC is a citizen of the State of Illinois.

Jospeh Bowden is a citizen of the State of Illinois.

Respectfully submitted this the 15th day of January, 2024.

*/s/ Ryan Isenberg*

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
1200 Altmore Ave., Suite 120
Sandy Springs, Georgia 30342
770-351-4400
ryan@ihlaw.us

**Certificate of Service**

This is to certify that I have this day served the within and foregoing Certificate of Interested Persons and Corporate Disclosure Statement by filing the same using the Court's CM\ECF system, which will generate notice to all counsel of record.

*/s/ Ryan Isenberg*